**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JAMES R. LEDFORD,

      Plaintiff,

v.                               Case No: 8:20-cv-2516-JSM-SPF

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

_____

## **ORDER**

**THIS CAUSE** came on for consideration upon the Report and Recommendation

submitted by Magistrate Judge Sean P. Flynn and entered on April 29, 2026 (Dkt. 35).

The Report and Recommendation recommends that Petitioner's Supplemental Petition for

Attorney Fee Pursuant to § 406(b) (Dkt. 33) be granted. On May 13, 2026, Defendant filed

a response stating that the Commissioner neither supports nor opposes counsel's request

for attorney's fees in the amount of $9,000.25, under 42 U.S.C. § 406(b).

After careful consideration of the Report and Recommendation of the Magistrate

Judge in conjunction with an independent examination of the file, the Court is of the

opinion that the Magistrate Judge's Report and Recommendation should be adopted,

confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.   The Report and Recommendation (Dkt. 35) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2.   Petitioner's Supplemental Petition for Attorney Fee Pursuant to § 406(b) (Dkt. 33) is granted.

3.   Plaintiff's counsel is awarded $9,000.25 in attorneys' fees.

4.   The Clerk of Court is directed to enter judgment accordingly.

**DONE** and **ORDERED** in Tampa, Florida, this 14th day of May, 2026.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record

2